UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELIPE RIVADENEIRA, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.                                                                    CASE NO.

UNIVERSITY OF SOUTH FLORIDA,
AND THE UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants University of South Florida ("USF") and University of South Florida Board of Trustees ("USFBOT"), by and through their undersigned counsel, hereby give notice of the removal of the above-styled action to the United States District Court for the Middle District of Florida, and state as follows:

### I.

### INTRODUCTION

1. This action is being removed pursuant to the provision of 28 U.S.C. § 1441(a). On April 13, 2021, Plaintiff's Class Action Complaint was filed in the

Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, by plaintiff Felipe Rivadeneira ("Rivadeneira") against USF and USFBOT. The action, styled *Rivadeneira v. University of South Florida, et al.*, was assigned Case No. 21-CA-3148 (hereinafter referred to as the "Circuit Court Action").

2. On August 2, 2021, Rivadeneira filed Plaintiff's First Amended Class Action Complaint, asserting a federal claim for the first time. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

3. In his First Amended Class Action Complaint, Rivadeneira asserts a claim under the Takings Clause of the Fifth Amendment.

## II.

## JURISDICTION AND VENUE

4. Because the First Amended Class Action Complaint alleges a federal claim, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331. Accordingly, removal of this action is appropriate pursuant to 28 U.S.C. §§ 1441(a) and (c).

5. Venue is proper in this Court because the action is being removed from the Hillsborough County Circuit Court which lies within the Middle District of Florida. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

## III.

### PREREQUISITES TO REMOVAL

6. Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be filed promptly with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

7. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as Composite Exhibit "A."

**WHEREFORE**, defendants University of South Florida and University of South Florida Board of Trustees remove the above-styled action now pending against them in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

[ATTORNEY SIGNATURE – NEXT PAGE]

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
Attorney for Defendants
University of South Florida and
University of South Florida Board
of Trustees

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to:

Joshua H. Eggnatz, Esquire
Michael J. Pascucci, Esquire
EGGNATZ PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314
jeggnatz@justiceearned.com
mpascucci@justiceearned.com

Thomas J. McKenna (*Admitted Pro Hac Vice*)
Greg M. Egleston (Pro Hac Vice Pending)
501 Fifth Avenue, 19th Floor
New York, NY 10017

4

5

tjmckenna@gme-law.com
gegleston@gme-law.com

/s/ Richard C. McCrea, Jr.
Attorney